IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HULLIUNG GYMNASTICS, INC., *doing business as* World Class Gymnastics, and TINA ALEXANDER, )<br>)<br>)<br>)<br>Plaintiffs,                                  )<br>)<br>v.                                                      )<br>)<br>PHILADELPHIA INDEMNITY INSURANCE COMPANY, *a foreign corporation*,                           )<br>)<br>)<br>)<br>Defendant. | No.   13-cv-1279 JPG/DGW |

**MEMORANDUM AND ORDER**

This matter comes before the Court on the parties' stipulation of dismissal (doc.#28). Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties.  Here, the parties have presented a stipulation of dismissal.  Pursuant to the parties' stipulation, this case is **DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

Further, the Court finds as moot the Motion for Summary Judgment (doc.#26).

DATED: September 23, 2014

s/ J. Phil Gilbert          
United States District Judge
